# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| JASON M. NICHOLS #540958 | | PLAINTIFF |
| v. | 4:22-cv-00165-JM-JJV | |
| FRED PHILLIPS, Jail Administrator; and CLAY ATKINS, Sergeant, Clark County Detention Facility | | DEFENDANTS |

## ORDER

Jason M. Nichols has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging his constitutional rights are being violated in Clark County Detention Facility. (Doc. 1.) The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred in Clark County. And, according to the Complaint, Defendants resides there. Clark County is located in the United States District Court for the Western District of Arkansas. The Court concludes the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas.

DATED this 25th day of February 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE